# IN UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RICKIE L. JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09-cv-00005-DGK |
| ) | |
| FEDERAL RESERVE BANK OF ) | |
| KANSAS CITY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims which were brought or which could have been brought in the above action are hereby dismissed with prejudice, each party to bear his or its own fees and costs.

Dated this   5th   day of November, 2009.

Respectfully submitted,

| | |
|---|---|
| /s/ *Bert S. Braud*               . | /s/ *J. Randall Coffey*             . |
| Bert S. Braud            Bar No. 34325 | J. Randall Coffey         Bar No. 35070 |
| THE POPHAM LAW FIRM, PC | FISHER & PHILLIPS LLP |
| 712 Broadway, Suite 100 | 104 W. Ninth Street, Suite 400 |
| Kansas City, Missouri  64105 | Kansas City, Missouri  64105 |
| TEL:  (816) 221-2288 | TEL:  (816) 842-8770 |
| FAX:  (816) 221-3999 | FAX:  (816) 842-8767 |
| Email:  bbraud@pophamlaw.com | Email:  rcoffey@laborlawyers.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| RICKIE L. JACKSON | FEDERAL RESERVE BANK OF |
| | KANSAS CITY |