IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICKIE L. JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 09-00005-CV-W-DGK |
| v. ) | |
| ) | |
| FEDERAL RESERVE BANK OF ) | |
| KANSAS CITY ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having considered the Joint Stipulation of Dismissal with Prejudice (Doc. 37), it is hereby

ORDERED that the case is dismissed with prejudice, with each party to bear his or its own fees and costs.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated:  November 5, 2009